IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

KAZETTA TAYLOR                                                          PLAINTIFF

v.                          No. 4:16-cv-525-DPM

RODRIQUEZ, Patrol Officer, North Little
Rock Police Department; MAYNARD,
Patrol Officer, North Little Rock Police
Department; and MOSS, Detective, North
Little Rock Police Department                                        DEFENDANTS

ORDER

1. Taylor didn't sign the complaint; and it doesn't explain how the Defendants allegedly violated her rights. She must therefore file a signed amended complaint by 20 August 2016. The amended complaint must explain how each Defendant allegedly violated her rights and what injury she suffered.

2. Taylor also failed to pay the filing fee or file a motion to proceed *in forma pauperis*. If she wants to proceed with this case, then by 20 August 2016 she must either pay the $400.00 filing and administrative fees or file a motion to proceed *in forma pauperis*.

3. If Taylor doesn't comply with paragraphs 1 and 2 of this Order by 20 August 2016, then her complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

4. The Court directs the Clerk to send Taylor an application to proceed *in forma pauperis* and a § 1983 complaint form with a copy of this Order.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

21 July 2016