IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

KAZETTA TAYLOR                                                                      PLAINTIFF

v.                               No. 4:16-cv-525-DPM

RODRIQUEZ, Patrol Officer, North Little
Rock Police Department; MAYNARD,
Patrol Officer, North Little Rock Police
Department; and MOSS, Detective, North
Little Rock Police Department                                                  DEFENDANTS

ORDER

Taylor hasn't filed an amended complaint, paid the filing fee, or filed an application to proceed *in forma pauperis*; and the time to do so has passed. № 2. Taylor's complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

26 August 2016