IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

KAZETTA TAYLOR                                                                          PLAINTIFF

v.                                      No. 4:16-cv-525-DPM

RODRIQUEZ, Patrol Officer, North Little
Rock Police Department; MAYNARD,
Patrol Officer, North Little Rock Police
Department; and MOSS, Detective, North
Little Rock Police Department                                                          DEFENDANTS

## JUDGMENT

Taylor's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

26 August 2016